consideration on the original record and having been fully heard, it is

Ordered by the court that the order of the District Court denying relief be and the same hereby is reversed and the case is remanded for a hearing and further proceeding under and in accordance with the requirements of said Section 2255. See Bailey v. United States, 1957, 101 U.S.App.D.C. 11, 246 F.2d 698; Bailey v. United States, 1959, 105 U.S.App.D.C. 370, 267 F.2d 647.

§ 2255 (1952) we affirm the judgment of the District Court denying relief from the sentence appellant was serving due to his previous conviction of housebreaking, 22 D.C.Code § 1801 (1951), and larceny, 22 D.C.Code §§ 2201, 2202 (Supp. VII, 1959).

Affirmed.

**Fred C. FARRELL, Appellant**

v.

**UNITED STATES of America, Appellee.**

**No. 15111.**

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 6, 1959.

Decided Oct. 15, 1959.

Mr. Michael A. Schuchat, Washington, D. C. (appointed by this court), for appellant.

Mr. Gerald P. Choppin, Atty., Dept. of Justice, of the bar of the Supreme Court of Louisiana, pro hac vice, by special leave of court, with whom Messrs. Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

Before EDGERTON, FAHY and DANAHER, Circuit Judges.

PER CURIAM.

Upon the basis of findings of fact made by the District Court after a hearing on appellant's motion filed under 28 U.S.C.

**William G. RICH, Jr., Appellant**

v.

**Honorable James P. MITCHELL, Secretary of Labor, Appellee.**

**No. 15143.**

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 26, 1959.

Decided Nov. 27, 1959.

